# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00695-CV

**In re Ab Unda Corporation**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We grant relator's motion to supplement the petition for writ of mandamus and, as supplemented, we deny the petition.  *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed:   December 22, 2008